# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JENNA PEDERSEN and
BRETT PEDERSEN,

      **Plaintiffs,**

v.                             Case No: 8:22-cv-01505-TPB-SPF

**LEXINGTON INSURANCE COMPANY,**

      **Defendant.**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

\_\_\_\_ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

           _____
           _____
           _____
           _____

**X** IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

                   I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

                   Respectfully submitted,

                   /s/Matthew K. Mullinax, Esq.
                   Dated: July 7, 2022

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via Electronic Mail to: **Melissa M. Burghardt, Esquire** (mburghardt@clausen.com, kbaker@clausen.com, rgomez@clausen.com, tweede@clausen.com), counsel for Defendant (Lexington Insurance Company) on this 8th day of July, 2022.

By: /s/ Matthew K. Mullinax
*Makris & Mullinax, P.A.*
Matthew K. Mullinax, Esquire
FBN: 0086181
matt@makrismullinax.com
Dean Makris, Esquire
FBN: 111630
dean@makrismullinax.com
Barbara M. Hernando, Esquire
FBN: 0091469
barbara@makrismullinax.com
908 W. Horatio Street
Tampa, FL 33606
Telephone: 813-485-7700
Attorneys for Plaintiffs