## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JENNA PEDERSEN and BRETT
PEDERSEN,

      Plaintiffs,                         CASE NO.: 8:22-cv-01505-TPB-SPF

v.

LEXINGTON INSURANCE COMPANY,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

      LEXINGTON INSURANCE COMPANY, by and through undersigned counsel, hereby notifies the Court that the parties have settled the above-captioned matter. LEXINGTON INSURANCE COMPANY requests that the Court retain jurisdiction and keep the matter open for a period of 60 days, and states that the parties will file a Joint Stipulation of Dismissal with Prejudice once the settlement is complete.

      Respectfully submitted,

      **CLAUSEN MILLER P.C.**

By:    */s/ KeiErica Baker*_____
        MELISSA BURGHARDT, ESQ., FBN: 0084917
        KEIERICA A. BAKER ESQ., FBN: 1002676
        4830 West Kennedy Blvd., Suite 600
        Tampa, Florida 33609
        Phone: (813) 519-1018
        mburghardt@clausen.com
        kbaker@clausen.com
        rgomez@clausen.com
        tweede@clausen.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served this 25th day of January, 2023 to all counsel of record via electronic service and/or electronic mail:

Matthew K. Mullinax, Esq.
Makris & Mullinax, P.A.
matt@makrismullinax.com
dean@makrismullinax.com

**CLAUSEN MILLER P.C.**

By:   */s/  KeiErica Baker*
KEIERICA BAKER, ESQ.,
FBN: 1002676